IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COREY STUART                                                PLAINTIFF

VS.                          Case No. 05-CV-4078

DAVID SHELTON, Investigator, and
BUTCH MORRIS, Sheriff                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 20, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4) Judge Shepherd recommends Plaintiff's complaint be dismissed as frivolous and for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). Plaintiff has not filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds Plaintiff's complaint should be and hereby is dismissed.

IT IS SO ORDERED, this 6th day of February, 2006.

                                                     /s/ Harry F. Barnes
                                                     Hon. Harry F. Barnes
                                                     U.S. District Court